```
TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244


Attorney for Defendant
MARTIN CERVANTES VASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN CERVANTES VASQUEZ,<br><br>　　　　　　　Defendant | CASE NO. 2:20-CR-00193 DJC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

　　　Defendant MARTIN CERVANTES VASQUEZ, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for sentencing on January 23, 2025.

　　　2.　　By this stipulation, defendant now moves to continue the sentencing to February 27, 2025. The GOVERNMENT does not oppose this request.

　　　3. The defense has been in the process of obtaining mitigating information to present to the probation officer and is awaiting medical records. This continuance will allow for the process to be completed and will provide time for completion of the presentence report and additional defense preparation including the drafting and submission of sentencing briefing.

　　　4. The probation officer, Sarah Brown, is available and is in agreement with the disclosure schedule requested by the parties.

1

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | February 27, 2025 |
| Reply, or Statement of Non-opposition: | February 20, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 13, 2025 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | February 6, 2025 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | January 30, 2025 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later than: | January 16, 2025 |

IT IS SO STIPULATED.

Dated: December 5, 2025        PHILLIP A. TALBERT
                               United States Attorney

                         By:   /s/ Toni White for
                               DAVID SPENCER
                               Assistant U.S. Attorney

                               For the United States

Dated: December 5, 2025   By:  /s/ Toni White
                               TONI WHITE

                               For Defendant Martin Cervantes Vasquez

## **O R D E R**

IT IS SO FOUND AND ORDERED this 16th day of December, 2024.

Dated: December 16, 2024       /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

3