1 | TONI H. WHITE (SBN 210119)
  | ATTORNEY AT LAW
2 | P.O. Box 1081
  | El Dorado, CA  95623
3 | Telephone:  (530) 885-6244

4

5 | Attorney for Defendant
  | MARTIN CERVANTES VASQUEZ

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00193 DJC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| MARTIN CERVANTES VASQUEZ, | |
| Defendant | |

Defendant MARTIN CERVANTES VASQUEZ, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 27, 2025.

2. By this stipulation, defendant now moves to continue the sentencing to April 24, 2025. The GOVERNMENT does not oppose this request.

3. The draft probation report has been completed. Probation was unable to verify Mr. Cervantes' medical conditions because Sacramento Jail never responded to Probation's request for records. Information on Mr. Cervantes' medical condition will be submitted by the defense as mitigation under 18 U.S.C. section 3553. Defense counsel was able to get in touch with one of the individual medical records clerks that work in the Sacramento Jail records division. The clerk stated to defense counsel that she is the only clerk processing records at this time for Sacramento jail and

that it is taking additional time to process record requests. According to the record clerk's estimate, records should be received by defense counsel and probation sometime between March 13, 2025 and March 20, 2025.

 4. Mr. Cervantes Vasquez, through counsel, provided a safety valve statement to the Government in support of his request for safety valve consideration. The Government has reviewed the request and asked for additional details. Counsel is working with Mr. Cervantes-Vasquez to provide additional details so that the Government can determine whether it will agree that Mr. Cervantes-Vasquez has met the prong of safety valve that requires his statement.

 4. The probation officer, Sarah Brown, is available and is in agreement with the disclosure schedule requested by the parties.

 5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | April 24, 2025 |
| Reply, or Statement of Non-opposition: | April 17, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 10, 2025 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 3, 2025 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | March 27, 2025 |
| The Proposed Pre-Sentence Report Has Been Disclosed to Counsel. | |

IT IS SO STIPULATED.

Dated: February 19, 2025         MICHELE BECKWITH
                                 Acting United States Attorney

                          By:    */s/ Toni White for*
                                 DAVID SPENCER
                                 Assistant U.S. Attorney

                                 For the United States

Dated: February 19, 2025   By:   */s/ Toni White*
                                 TONI WHITE
                                 For Defendant Martin Cervantes Vasquez

## **O R D E R**

IT IS SO FOUND AND ORDERED this 21st day of February, 2025.

Dated: February 21, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE