TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
MARTIN CERVANTES VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00193 DJC |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| MARTIN CERVANTES VASQUEZ, | |
| Defendant | |

Defendant MARTIN CERVANTES VASQUEZ, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 24, 2025.

2. By this stipulation, defendant now moves to continue the sentencing to May 8, 2025, at 9:00 AM. The GOVERNMENT does not oppose this request.

3. The presentence report has been completed and disclosed.

4. Mr. Cervantes Vasquez, through counsel, has provided multiple safety valve statements to the Government in support of his request for safety valve consideration. The safety valve procedure allows for the Government to request additional and/or follow-up information so that it can determine whether it will agree that a defendant has met the prong of safety valve that requires his statement.

1

5. The Government reviewed the most recent statement provided by Mr. Cervantes and asked for additional follow-up. Counsel needs additional time to meet with Mr. Cervantes about the follow-up request from the Government.

6. The probation officer, Sarah Brown, is available and is in agreement with the sentencing date requested by the parties.

IT IS SO STIPULATED.

Dated:  April 16, 2025            MICHELE BECKWITH
                                  Acting United States Attorney

                            By:   /s/ Toni White for
                                  DAVID SPENCER
                                  Assistant U.S. Attorney

                                  For the United States

Dated:  April 16, 2025      By:   /s/ Toni White
                                  TONI WHITE
                                  For Defendant Martin Cervantes Vasquez

## O R D E R

IT IS SO FOUND AND ORDERED this 17th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE