TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
MARTIN CERVANTES VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN CERVANTES VASQUEZ,<br><br>    Defendant | CASE NO. 2:20-CR-00193 DJC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

    Defendant MARTIN CERVANTES VASQUEZ, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney DAVID SPENCER hereby stipulate as follows:

    1.    By previous order, this matter was set for sentencing on May 8, 2025.

    2.    By this stipulation, defendant now moves to continue the sentencing to May 29, 2025, at 9:00a.m. The GOVERNMENT does not oppose this request.

    3. The presentence report has been completed and disclosed.

    4. Mr. Cervantes Vasquez, through counsel, has provided multiple safety valve statements to the Government in support of his request for safety valve consideration. The safety valve procedure allows for the Government to request additional and/or follow-up information so that it can determine whether it will agree that a defendant has met the prong of safety valve that requires his statement.

5. The Government reviewed the most recent statement provided by Mr. Cervantes and asked for additional follow-up. Counsel had a scheduled meeting with Mr. Cervantes and our appointed interpreter on April 21, 2024. On that day, our interpreter had to cancel due to a sudden, and very serious, family emergency. Our interpreter is recently back at work and we have another meeting scheduled for Wednesday May 8, 2025. Once we interview Mr. Cervantes again, and provide additional information to the Government, the Government will need time to assess the information. As such, we are requesting a continuance of the sentencing.

6. The probation officer, Sarah Brown, is available and is in agreement with the sentencing date requested by the parties.

IT IS SO STIPULATED.

Dated: May 2, 2025         MICHELE BECKWITH
                           Acting United States Attorney

                    By:    */s/ Toni White for*
                           DAVID SPENCER
                           Assistant U.S. Attorney

                           For the United States

Dated: May 2, 2025    By:  */s/ Toni White*
                           TONI WHITE
                           For Defendant Martin Cervantes Vasquez

**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of May, 2025.

Dated: May 2, 2025         /s/ Daniel J. Calabretta
                           THE HONORABLE DANIEL J. CALABRETTA
                           UNITED STATES DISTRICT JUDGE

2